SUBSEQUENT INJURY
FUND, Petitioner,

v.

Daryl GRANT, Associated Grocers of Colorado, and State Compensation Insurance Authority, Respondents.

No. 90SC685.

Supreme Court of Colorado.

June 24, 1991.

## ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED, EN BANC, that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the court of appeals is vacated, 812 P.2d 1183. The case is remanded to the court of appeals for reconsideration in light of *Climax Molybdenum Company v. Walter,* 812 P.2d 1168 (Colo. 1991).

NOW THEREFORE, this cause is remanded to the court of appeals for further

---

proceedings in conformance with the judgment of this Court.